670 A.2d 1059

GOODWILL HOME & MISSIONS, INC. v. GARWOOD BOROUGH.

December 12, 1995.

ORDER

This matter having been duly presented to the Court on defendant's appeal as of right from a unanimous decision of the Appellate Division, and the Court having determined that the matter does not raise a substantial constitutional question under *R.* 2:2–1(a)(1) and the case law, it is ORDERED that the appeal is hereby dismissed.

670 A.2d 1059

STATE OF NEW JERSEY v. RASHEED MUHAMMAD.

December 29, 1995.

ORDER

Leave to appeal is granted;